ROBERT S. ARNS
 (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS
 (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN
 (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE
 (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Telephone: (510) 725-4293
Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Edward J. Davila
4/25/2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Canton Becker, Josephine Asplund, And Darrin Wesley individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYPE INC., a Delaware Corporation; MICROSOFT CORPORATION, and DOES 1-20,<br><br>Defendants. | No. 12-CV-06477-EJD<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**Complaint Filed:** November 19, 2012<br>**Trial Date:** None Set |

-1-
NOTICE OF ASSOCIATION OF COUNSEL
Case No. 12-CV-06477-EJD

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiffs, through their counsel of record, hereby associate Stebner & Associates as their counsel of record, in addition to their existing counsel The Arns Law Firm and Jonathan Jaffe Law in the above-captioned action.

Attorney Kathryn Stebner and Sarah Colby at:
Stebner & Associates
870 Market Street, Suite 1212
San Francisco, CA 94102
Phone: (415) 362-9800
Fax: (415) 362-9801
E-mail: kathryn@stebnerassociates.com
sarah@stebnerassociates.com

By _____
ROBERT S. ARNS
JONATHAN E. DAVIS
STEVEN R. WEINMANN
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

-and-

JONATHAN M. JAFFE.
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel: (510) 725-4293
Fax: (510) 868-3393

Attorneys for Plaintiffs

-2-
NOTICE OF ASSOCIATION OF COUNSEL
Case No. 12-CV-06477-EJD