Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         joeaddiego@dwt.com

Attorneys for Defendants
SKYPE INC. and MICROSOFT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTON BECKER, JOSEPHINE ASPLUND, and DARRIN WESLEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SKYPE INC., a Delaware Corporation; MICROSOFT CORPORATION, and DOES 1-20, <br><br> Defendants. | Case No. C-12-06477 EJD <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE CONCURRENTLY WITH HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF CANTON BECKER** |

This Stipulation is entered by and between plaintiffs Canton Becker, Josephine Asplund, and Darrin Wesley ("Plaintiffs'), on the one hand, and defendants Skype Inc. and Microsoft Corporation ("Defendants"), on the other hand, with reference to the following facts:

1. On December 21, 2012, the Court issued an ADR Scheduling Order setting a Case Management Conference in this matter on April 2, 2013;

2. On January 23, 2013, the Court continued the Case Management Conference to May 3, 2013, the day of the hearing on Plaintiffs' Motion to Remand, which Plaintiffs filed on January 18, 2013;

3. On January 29, 2013, Defendants filed a Motion to Dismiss the Second, Fifth, and Sixth Claims for Relief of Plaintiffs' Amended Class Action Complaint for Damages, which was set for hearing on May 3, 2013;

4. On April 30, 2013, the Court issued a Notice Taking Motions Under Submission Without Oral Argument and Vacating Case Management Conference, noting that it would "set further dates, if necessary, in its Order on the submitted motions";

5. To date, the Case Management Conference has not been rescheduled; and

6. On May 9, 2013, Defendants filed a Motion to Dismiss Plaintiff Canton Becker's Claims ("Becker Dismissal Motion"), which is set for hearing on October 4, 2013 at 9:00 a.m. in Courtroom 4.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED that this Court reschedule the Case Management Conference in this matter for October 4, 2013 to immediately follow the hearing on the Becker Dismissal Motion, which is set for the same date at 9:00 a.m.

DAVIS WRIGHT TREMAINE LLP

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  September 11, 2013 | THE ARNS LAW FIRM<br>ROBERT S. ARNS<br>STEVEN R. WEINMANN<br>JONATHAN E. DAVIS |
| | By: _____ */s/ Steven R. Weinmann*<br>         Steven R. Weinmann |
| | —and— |
| DATED:  September 11, 2013 | JONATHAN JAFFE LAW<br>JONATHAN M. JAFFE |
| | By: _____ */s/ Jonathan M. Jaffe*<br>         Jonathan M. Jaffe |
| | Attorneys for Plaintiffs<br>CANTON BECKER, JOSEPHINE ASPLUND, and DARRIN WESLEY |
| DATED:  September 11, 2013 | DAVIS WRIGHT TREMAINE LLP<br>JOSEPH E. ADDIEGO III<br>KAREN A. HENRY |
| | By: _____ */s/ Joseph E. Addiego III*<br>         Joseph E. Addiego III |
| | Attorneys for Defendants<br>SKYPE INC. and MICROSOFT CORPORATION |

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Joseph E. Addiego III, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

*/s/ Joseph E. Addiego III*
Joseph E. Addiego III

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.
On or before September 27, 2013, the parties shall file a joint case management conference statement.

DATED: 9/13/2013

Hon. Edward J. Davila
U.S. District Court Judge
Northern District of California