Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  joeaddiego@dwt.com

Karen A. Henry (CA State Bar No. 229707)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899
Email:  karenhenry@dwt.com

Stephen M. Rummage *(admitted pro hac vice)*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:  (206) 757-8136
Facsimile:  (206) 757-7136
Email:  steverummage@dwt.com

Attorneys for Defendants
SKYPE INC. and MICROSOFT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTON BECKER, JOSEPHINE ASPLUND, and DARRIN WESLEY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>SKYPE INC., a Delaware Corporation; MICROSOFT CORPORATION, and DOES 1-20,<br><br>                    Defendants. | Case No. 12-cv-06477 EJD<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

*DAVIS WRIGHT TREMAINE LLP*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal of all claims of Plaintiffs Josephine Asplund and Darrin Wesley with prejudice and without fees or costs to any party.

IT IS SO STIPULATED.

DATED: June 18, 2014

THE ARNS LAW FIRM
ROBERT S. ARNS
STEVEN R. WEINMANN
JONATHAN E. DAVIS

By: /s/ Robert S. Arns
Robert S. Arns

—and—

DATED: June 18, 2014

JONATHAN JAFFE LAW
JONATHAN M. JAFFE

By: /s/ Jonathan M. Jaffe
Jonathan M. Jaffe

—and—

DATED: June 18, 2014

STEBNER AND ASSOCIATES
KATHRYN A. STEBNER

By: /s/ Kathryn A. Stebner
Kathryn A. Stebner

Attorneys for Plaintiffs
JOSEPHINE ASPLUND and DARRIN WESLEY

DATED: June 18, 2014

DAVIS WRIGHT TREMAINE LLP
JOSEPH E. ADDIEGO III
KAREN A. HENRY
STEPHEN M. RUMMAGE

By: /s/ Joseph E. Addiego III
Joseph E. Addiego III

Attorneys for Defendants
SKYPE INC. and MICROSOFT CORPORATION

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 12-cv-06477 EJD

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Joseph E. Addiego III, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

                                          */s/ Joseph E. Addiego III*
                                          Joseph E. Addiego III

DWT 24180927v1 0025936-001765

All pending matters are TERMINATED.  The clerk shall close this file.



IT IS SO ORDERED

Judge Edward J. Davila

6/20/2014

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 12-cv-06477 EJD